IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor, | Civil Action No.  2:22-cv-03963-DCN |
| Plaintiff, | |
| vs. | |
| Palmetto Solar LLC, Crisp Clean Solar LLC, James Austin Crisp Individually, and John Does 1-10, | |
| Defendants. | |

**Notice of Settlement and Motion for Entry of *Rubin* Order**

Plaintiff and Defendant Palmetto Solar, LLC ("Palmetto Solar") notify the Court that they have agreed to settle all claims asserted, or that could have been asserted, against only Palmetto Solar in the above-captioned action, which will result in Plaintiff dismissing Palmetto Solar. The two parties move the Court to enter a *Rubin* Order to allow time for them to draft an agreement and consummate the settlement. The parties request that they be given 60 days to reinstate the action if a settlement is not consummated and that all deadlines in this matter—including Palmetto Solar's answer deadline schedule for today—be stayed during that time.

In support of this motion, the parties submit a proposed *Rubin* order to chambers.

**[Signature on following page.]**

1

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew A. Abee*                                                 Date:  December 21, 2022
    Matthew A. Abee
    Federal Bar No. 11747
    E-Mail: matt.abee@nelsonmullins.com
    Madison C. Guyton
    Federal Bar No. 13619
    E-Mail: madison.guyton@nelsonmullins.com
    1320 Main Street / 17th Floor
    Columbia, SC  29201
    (803) 799-2000

*Attorneys for Palmetto Solar, LLC*


AUSTIN HACKLER ATTORNEYS, LLC

By: */s/ William K. Austin, by MAA with permission*     Date: December 21, 2022
    William K. Austin
    E-Mail: will@austinhackler.com
    180 Spring Street
    Charleston, SC 29803
    843-400-3034

*Attorneys for Plaintiff Jay Connor*