IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Palmetto Solar LLC, Crisp Clean Solar LLC, James Austin Crisp Individually, and John Does 1-10,<br><br>　　　　　　　Defendants. | Civil Action No. 2:22-cv-03963-DCN |

**Order of Dismissal of Palmetto Solar LLC**

　　The Court has been advised by counsel that the claims asserted by Plaintiff against Defendant Palmetto Solar, LLC, have been settled. Therefore, **IT IS ORDERED** that the claims asserted against Palmetto Solar, LLC, are dismissed without costs and without prejudice. If the settlement is not consummated within 60 days, Plaintiff may petition the Court to restore Palmetto Solar, LLC, as a party to the action. *See* Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, any party may within 60 days petition the Court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978). By agreement of Plaintiff and Palmetto Solar, LLC, the Court retains jurisdiction to enforce the settlement agreement. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-82 (1994).

　　All deadlines involving Palmetto Solar—including its answer deadline today—will be held in abeyance during this 60-day period. The dismissal hereunder shall be with prejudice if no action is taken under either alternative within 60 days from the filing date of this order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable David C. Norton
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Charleston, South Carolina
December _____, 2022