IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>      Plaintiff,<br><br>-vs-<br><br>Palmetto Solar LLC, Crisp Clean Solar LLC, James Austin Crisp Individually, and John Does 1-10,<br><br>      Defendants. | Case No.: 2:22-cv-03963-DCN<br><br>REQUEST FOR ENTRY OF DEFAULT |

Plaintiff requests the Clerk of Court enter default against Defendants Crisp Clean Solar, LLC and James Austin Crisp pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rule 55.01. Neither of these Defendants have filed any responsive pleadings to the Complaint in this case. The time for serving a responsive pleading for these two Defendants has passed. This request is supported by an affidavit attached as an Exhibit to this request.

Respectfully submitted,

AUSTIN HACKLER ATTORNEYS, LLC

s/William K. Austin
William K. Austin
Federal Id. No.: 10623
180 Spring Street
Charleston, SC 29403
843-400-3034
will@austinhackler.com

Charleston, South Carolina
April 11, 2023