IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>    Plaintiff,<br><br>-vs-<br><br>Palmetto Solar LLC, Crisp Clean Solar LLC, James Austin Crisp Individually, and John Does 1-10,<br><br>    Defendants. | Case No.: 2:22-cv-03963-DCN<br><br>AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF ENTRY OF DEFAULT |

I, William K. Austin, being duly sworn, say:

1. I am the attorney for Plaintiff in the above action.

2. A copy of the State Court Summons and Complaint was served on Defendant Austin Crisp and on October 24, 2022, and the return of service is on file with the Court (ECF Doc. 11).

3. Defendant Austin Crisp has not answered or otherwise responded to the Complaint and the time within which to do so has expired.

4. A copy of the State Court Summons and Complaint was served on Defendant Crisp Clean Solar, LLC and on October 24, 2022, and the return of service is on file with the Court (ECF Doc. 12).

5. Defendant Crisp Clean Solar, LLC has not answered or otherwise responded to the Complaint and the time within which to do so has expired.

AND NOTHING FURTHER.

_William K. Austin_

Sworn before me this 11th day of April, 2023.

Notary Public for South Carolina
My commission expires: Mar. 22, 2027



State of South Carolina
Notary Public
Theodore H. Huge
My Commission Expires 3/22/2027